**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00409-WDM
Criminal Action No. 99-cr-00413-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR THEODORE MARTINEZ,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Miller, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence and an Application for Certificate of Appealability.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

    ORDERED that the Application for Certificate of Appealability is denied and a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 9th day of May, 2007

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        JUDGE, UNITED STATES DISTRICT
                                        COURT FOR THE DISTRICT OF COLORADO